Exhibit 1



ENTERTAINMENT > MUSIC

# Inside Coachella 2023: What You Didn't See on the Stream

Leonardo DiCaprio, Kendall Jenner, Teyana Taylor and more celebrities brought the party to the festival grounds and beyond

By **Brianne Tracy** | Published on April 18, 2023 01:20PM EDT

   

Advertisement



Advertisement





Bad Bunny and Kendall Jenner at Coachella. PHOTO: BACKGRID

That's a wrap on weekend one of Coachella 2023!

While headliners Bad Bunny, BLACKPINK and Frank Ocean gave fans much to talk about with their sets, there was even more excitement on the festival grounds and beyond.

Here's the lowdown on all of the moments you didn't

Exhibit 1
Page 26



# Coachella 2022: The 24 Best Things We Saw

From Megan Thee Stallion to Måneskin, here's our rundown of Weekend One's most memorable moments

BY TOMÁS MIER, ETHAN MILLMAN, TIM CHAN

APRIL 18, 2022



*Megan Thee Stallion performs at Coachella.* SKYLER BARBERIO FOR ROLLING STONE

IT TOOK THREE years for music to return to Indio's Empire Polo Club. But Covid seemed to be an afterthought this past weekend as fans flocked to each Coachella stage, mostly

Subscribe and Save 40%. Offer Ends today. See My Options

Waiting for adservice.google.com...

Exhibit 1
Page 27



MUSIC

# Coachella 2019: The 16 Best Things We Saw

Billie Eilish, Tame Impala, J Balvin and Bad Bunny, Ariana Grande featuring 'NSync and more

BY SUZY EXPOSITO, BRENDAN KLINKENBERG, ISABELA RAYGOZA

APRIL 15, 2019



*Joey Fatone, Ariana Grande, Lance Bass, and JC Chasez perform at the 2019 Coachella Valley Music And Arts Festival.* KEVIN MAZUR/GETTY IMAGES FOR AG

THIS YEAR'S FIRST Coachella weekend featured a strong showing from some of pop, hip-hop and rock's biggest names, led off by the very 2019 headlining trio of Ariana Grande, Childish Gambino and Tame Impala. As always, though, many of the greatest moments from

4

Exhibit 1
Page 28



# Coachella Is Once Again The Highest Grossing Festival In The World

9:00 AM, Friday, 1/05/2018

By: Sarah Pittman

Photo: John Davisson
Coachella Valley Music And Arts Festival -

Music critics can analyze Coachella's lineup and tastemaker status over and over again but one factor that's not up for debate is just how successful the most recent edition was. The Southern California event is once again at the top of *Pollstar*'s newly released Year End Worldwide Festival Grosses chart, with a record-setting gross of $114,593,000.

The Goldenvoice/AEG Live-promoted event has held the No. 1 spot since *Pollstar* began releasing a festival grosses chart in 2012 as part of our Year End special features – with the exception of 2016, when the festival fell to second place behind Goldenvoice President Paul Tollett's very own Desert Trip.

Comparing the past two years, the 2017 edition (headlined by Radiohead, Lady Gaga and Kendrick Lamar) grossed $20,375,000 more than 2016's event (topped by LCD Soundsystem, Guns N' Roses and Calvin Harris) – an increase of 21.63 percent.

The larger paycheck is thanks to a large jump in capacity. Coachella increased in size from 99,000 per weekend in 2015 and 2016 to 125,000-capacity in 2017, for a total of 250,000 tickets sold over the two weekends – an increase of 26.26 percent. General admission tickets were once again priced at $399 and VIP passes were priced at $899. The festival has consistently sold out since 2010.

Coachella's gross towers above the runner-up on *Pollstar*'s Year End Worldwide Festival Grosses chart, San Francisco's Outside Lands Music & Arts Festival at $27,940,275. Even if Coachella just took place over one weekend, it would still easily be at No. 1 with a gross of $57,296,500.

















# Coachella Valley Music and Arts Festival

Josh Haner/The New York Times

News about Coachella Valley Music and Arts Festival, including commentary and archival articles published in The New York Times.

## CHRONOLOGY OF COVERAGE

### APR. 19, 2015

Many would-be Coachella Valley Music and Arts Festival attendees are forgoing the concerts, and instead are hopping around to invitation-only parties that feature free food, alcohol, music and select crowds. **MORE**

### APR. 14, 2015

Ben Ratliff Critic's Notebook notices that lineup for Coachella Valley Music and Arts Festival is dominated by popular, commercial acts and celebrities rather than serious music-makers. **MORE**

### APR. 13, 2015

Coachella Valley Music and Arts Festival in Indio, Calif, now in its 16th year, ends its first of two weekends with vast array of star-studded performances; popularity of pop music festival, which sells tickets way in advance, has helped make it nation's number one, putting destination festivals on the map. **MORE**

### APR. 12, 2015

Coachella music festival in Indio, Calif, has made few adjustments to its water use policy in face of statewide drought, as Gov Jerry Brown's order to reduce water use by 25 percent was issued after festival plans were already in place; festival features fountains, pools and expanses of green lawn. **MORE**

### JAN. 13, 2015

## Arts Beat

More posts about Coachella Valley Music and Arts Festival»

### MULTIMEDIA



**The Music Festival Business: Who Owns What**
Consolidation in the concert business has resulted in many of the biggest outdoor festivals coming under the control of just a handful of companies. Here is a sampling of some of those events and the promoters that own them, either in full or in partnerships.



**Big Brands Take the Party to 'No-Chella'**
The people flocking to Coachella aren't always there just for the music.

13
**Street Style at Coachella**

Advertising

American Mobile
americanmobile.com
The Nation's Largest Da
of Travel Healthcare Job

EA·IS·L·ND·Y
LARA        BETER
VS           VS
DELVIN       ARTI·
RODRIGUEZ    ALEXA·
             JOHN
LIVE! FRIDAY!
9PM ET/9PM P
FRIDAY NIGHT
LIGHTS OUT on Spik

MOST EMAILED    MOST VIEWE

RECOMMENDED FOR YOU

1.  Lost Brother in Yosemite

2.  Women Respond to Nobel Laurea 'Trouble With Girls'

3.  N.A.A.C.P. Leader Rachel Dolezal Posed as Black, Parents Say

4.  Review: In 'Jurassic World,' the Franchise Feeds the Beast

Exhibit 1
Page 37



Exhibit 1
Page 38



# Why Coachella Sold Out in Less Than a Week

Tickets for this year's festival featuring Kanye West, Arcade Fire and Kings of Leon went in record time

By **MATTHEW PERPETUA**
JANUARY 27, 2011 4:00 PM ET

**This year's Coachella festival** has sold out faster than ever before in the 12-year history of the event. Tickets for the festival, which will be held on April 15-17th in Indio, California, were gone entirely yesterday after having gone on sale Friday.

**According** to concert promoter Paul Tollett, this year's festival sold at a much faster pace than the previous year. Whereas 51,000 tickets to this year's event had been sold by Monday, only 11,000 tickets were sold in the same timeframe in 2010.

Kari Walter/Getty

**Photos: Coachella 2010**

To some extent, the success of this year's Coachella can be attributed to a bill that arguably boasts more star power than previous events. Though the 2010 festival included top-selling acts such as **Jay-Z** and **Muse**, the other headliners were either side project bands featuring **Thom Yorke** and **Dave Grohl** or cult acts such as **Pavement, Faith No More** and **LCD Soundsystem**. This year's bill is anchored by top-selling acts **Kanye West, Kings of Leon** and **Arcade Fire**, and will also feature performances by established stars **the Strokes, Lauryn Hill, PJ Harvey** and **Brandon Flowers**.

**Photos: Coachella 2009**

**MOST POPULAR**

**Lana Del Rey Postpones Tour After 'SNL' Debacle**

**Whitney Houston Dead at 48**

**Clarence Clemons' Nephew Jake Clemons Joins the E Street Band**

**Van Halen Rocks the L.A. Forum for Thousands of 'Friends and Family'**

**Macy Gray Sings Metallica, Radiohead and More on 'Covered'**





# Coachella festival gets its acts together

By **Bruce Fessier**, Special for USA TODAY          Updated 4/19/2011 8:14 AM | 💬 0 | ⬆ 0 | 🖨   ➕ **Share**

More than 150 indie-rock acts, led by Arcade Fire, Kings of Leon and Kanye West, set the Coachella Valley Music and Arts Festival aglow in the desert this weekend, marking the traditional start to the summer concert season.

**Main mix-up:** Chilean band Los Bunkers, scheduled to open the main stage on Sunday, was a no-show. That made London-born pop singer Eliza Doolittle, wearing a black-and-green headdress and matching green shorts, an early afternoon attention-grabber during her set in the Gobi tent.

Sunday's main stage was later to feature Duran Duran, The Strokes and Kanye West.

**Headliner shuffle:** Kings of Leon were the Friday headliners, but the powerful electronic group the Chemical Brothers was the night's final act, starting well after midnight because of scheduling delays.

By Kevin Winter, Getty Images
Arcade Fire, with lead vocalist Win Butler, was a Saturday sensation, performing songs from its *Suburbs* album along with older anthems.

Exhibit 1
Page 41







Exhibit 1
Page 44



Exhibit 1
Page 45