# Exhibit 2



Exhibit 2
Page 46



Exhibit 2
Page 47



Exhibit 2
Page 48



Exhibit 2
Page 49



Exhibit 2
Page 50



Exhibit 2
Page 51



Exhibit 2
Page 52



Exhibit 2
Page 53



Exhibit 2
Page 54



Exhibit 2
Page 55



Exhibit 2
Page 56



Exhibit 2
Page 57



Exhibit 2
Page 58



Exhibit 2
Page 59



Exhibit 2
Page 60