# Exhibit 3





Exhibit 3
Page 61



Exhibit 3
Page 62