# Exhibit 4



MX

Search

Sign in

Home
Shorts
Subscriptions

You
History

Sign in to like videos, comment, and subscribe.

Sign in

# Coachella

@Coachella · 3.25M subscribers · 557 videos

April 12-14 & 19-21, 2024

coachella.com and 5 more links

Subscribe

Shorts Live Playlists Community Store

sian Artists at Coachella 2023

Play all

sian
023

Diljit Dosanjh - G.O.A.T. - Live at Coachella 2023
Coachella
4.6M views • 8 months ago

Marc Rebillet - Full Set - Live at Coachella 2023
Coachella
1.6M views • 9 months ago

Four Tet x Fred again.. x Skrillex - Coachella 2023 -...
Coachella
4.4M views • 8 months ago

Thank You | Coachella 2023 From The Skies
Coachella
317K views • 8 months ago

p

Was great to have you all in the desert 🌵 Thank you!
9.2K views

Here's the tea. Advance Sale begins now at...
21K views

Things are looking bright. Advance Sale begins...
6.9K views

Ways to Coachella: 1. Shuttle. 2. Take part in Carpoolchell...
8.1K views

Coachella re
and 19-21. R
10K views

Explore
Trending
Music
Movies
Live
Gaming
News
Sports
Learning
Podcasts

Browse channels

More from YouTube
YouTube Premium
YouTube Music
YouTube Kids

Settings
Report history
Help
Send feedback

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy Policy & Safety
How YouTube works
Test new features

© 2024 Google LLC



YouTube MX

Sign in

Home
Shorts
Subscriptions

You
History

Sign in to like videos, comment, and subscribe.

Sign in

# Coachella

@Coachella · 3.25M subscribers · 557 videos

April 12-14 & 19-21, 2024

coachella.com and 5 more links

Shorts | Live | Playlists | Community | Store

ic and...

SOFI TUKKER & PABLLO VITTAR - ENERGIA - LIVE A...
SOFI TUKKER
174K views • 3 years ago

Calypso Rose - Abatina (Live@Coachella2019)
Calypso Rose
32K views • 3 years ago

Perfume - "Dajyobanai" Live at Coachella 2019
Perfume
2.6M views • 3 years ago

Ellie Goulding - Burn (Live at Coachella 2016)
Ellie Goulding
132K views • 3 years ago

BLACKPINK DU DDU-DU)'
BLACKPINK
51M views • 3

ts

Coachella 2023 | Coachella Stage
View full playlist

Coachella 2023 Highlights
View full playlist

Coachella 2023 | New Music
View full playlist

Coachella 2023 | Lineup
View full playlist

Coachella 20
View full playli

Explore
Trending
Music
Movies
Live
Gaming
News
Sports
Learning
Podcasts

Browse channels

More from YouTube
YouTube Premium
YouTube Music
YouTube Kids

Settings
Report history
Help
Send feedback

About Press Copyright
Contact us Creators
Advertise Developers

Terms Privacy Policy & Safety
How YouTube works
Test new features

© 2024 Google LLC

1/17/24, 8:57 AM                                    Coachella | Facebook

facebook                                                                                    Log In



# Coachella ✓
2.3M likes • 2.4M followers

**Posts**  About  Reels  Photos  Videos                                                      ···

### Intro

April 12-14 & 19-21, 2024 🌵 General presale begins Friday, 1/19 at 11am PT. Register now for access to passes at coachella.com

📄 Page · Festival

GOLDENVOICE
is responsible for this Page

✉ info@coachella.com

🌐 coachella.com

**Coachella** updated their bio.
16h · 🌐

April 12-14 & 19-21, 2024 🌵 General presale begins Friday, 1/19 at 11am PT. Register now for access to passes at coachella.com

👍 Like                    💬 Comment

**Coachella** ✓
16h · 🌐

D.A.N.C.E

Register now for access to passes at coachella.com. Presale begins Friday, 1/19 at 11am PT.

### Photos                                    See all photos



## Connect with Coachella on Facebook

[ Log In ]    or    [ Create new account ]

https://www.facebook.com/coachella/                                                           1/8

Exhibit 4
Page 65



facebook Log In

Privacy · Terms · Advertising · Ad Choices · Cookies · More ·
Meta © 2024

Coachella
Festival

Sign up

18K 2.3K 5.7K

Like Comment

View more comments

Author
Coachella
2022/2023 purchasers and/or attendees get early access to passes during the loyalty presale starting Thursday, 1/18 at 2pm PT. To access the loyalty presale, register with the same email used to purchase or register a wristband in 2022 or 2023.

88

16h

View all 14 replies

Coachella
June 16, 2023 ·

Thank you Passes are no longer available.
Missed out on a pass? Join the waitlist at coachella.com/waitlist-

## Connect with Coachella on Facebook

Log In or Create new account

1/17/24, 8:58 AM    Coachella (@coachella) • Instagram photos and videos

*Instagram*    Log In    Sign Up

coachella     Follow    Message

1,996 posts    2.8M followers    98 following

**Coachella**
🧵 coachella

April 12-14 & 19-21, 2024 🌵 General presale begins Friday, 1/19 at 11am PT. Register now for access to passes at coachella.com
81-800 Avenue 51, Indio, California 92201
🔗 linktr.ee/coachella



 Lineup     2023 Weeken…     2023 Weeken…     Documentary     History



Log into Instagram    Log in
Log in to see photos and videos from friends and discover other accounts you'll love.    Sign Up

https://www.instagram.com/coachella/    1/2

Exhibit 4
Page 67









Instagram Log In Sign Up

Show more posts from coachella

Related accounts See all

arianagrande
Ariana Grande
Follow

oliviarodrigo
Olivia Rodrigo
Follow

blackpinkofficial
BLΛƆKPIИK
Follow

dojacat
Doja Cat
Follow

kimkardashian
Kim Kardashian
Follow

gypsyrose_a_bla
Gypsy-Rose Bla
Follow

Meta About Blog Jobs Help API Privacy Terms Locations Instagram Lite Threads Contact Uploading & Non-Users Meta Verified

English

© 2024 Instagram from Meta

Log into Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.
Log in
Sign Up

X

Settings

**Coachella**
5,314 posts

Follow

**Coachella**
@coachella

General presale begins Friday, 1/19 at 11am PT. Register now for access to passes at coachella.com.

Indio, CA linktree.com/coachella Joined January 2007

**3** Following **1M** Followers

Posts Replies Media Likes

Pinned

**Coachella** @coachella · 16h
D.A.N.C.E

Register now for access to passes at coachella.com. Presale begins Friday, 1/19 at 11am PT.

1.5K 22K 25K 14M

**Coachella** @coachella · Apr 22, 2022
Harry Styles

2K 30K 235K

**Coachella** @coachella · Jan 2, 2019

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**You might like**

BBC News (World) @BBCWorld Follow

Selena Gomez @selenagomez Follow

Pharrell Williams @Pharrell Follow

Show more

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

X

Settings

6.1K 107K 192K

**Coachella** @coachella · Apr 16, 2022

How it was @Harry_Styles

538 23K 175K

**Coachella** @coachella · Apr 15, 2022

💚💛 @Anitta

1.6K 18K 169K

**Coachella** @coachella · Jan 2, 2018

3.1K 84K 143K

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**You might like**

BBC News (World) @BBCWorld Follow

Selena Gomez @selenagomez Follow

Pharrell Williams @Pharrell Follow

Show more

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2024 X Corp.

**Don't miss what's happening**

People on X are the first to know.

Log in Sign up

Google

coachella

Images | News | Videos | Perspectives | Maps | Lineup | 2024 | Schedule | Meaning

All filters | Tools | SafeSearch

About 194,000,000 results (0.53 seconds)

Coachella Valley Music and Arts Festival / Date

## Fri, Apr 12, 2024 – Sun, Apr 21, 2024

People also search for

2023 Coachel Valle… | Burning Man | Coachel Valley | Magic of Light… | Tomorro | Bonnarc Music and… | Ultra Music Festival

Feedback

Coachella
https://www.coachella.com

### Coachella Valley Music and Arts Festival

APR 12-14 & 19-21, 2024.

**Passes**
General Admission · Weekend 1 · Tier 1. $499 + Fees · Tier 2 ...

**2024 Advance Sale Info**
Alternate pick-ups may be arranged for free until February ...

**2023 Festival Info**
General, Pass & Order Info · General Festival Info / Hours ...

**Past Festivals**
APR 12-14 & 19-21, 2024.

More results from coachella.com »

People also ask

- What is the purpose of Coachella?
- What and where is Coachella?
- How much is Coachella tickets 2024?
- What is Coachella dress code?

Feedback

X (Twitter)
https://twitter.com/coachella

### Coachella (@coachella) · X

## Coachella Valley Music and Arts Festival

Music festival

Coachella is an annual music and arts festival held at the Empire Polo Club in Indio, California, in the Coachella Valley in the Colorado Desert. It was co-founded by Paul Tollett and Rick Van Santen in 1999, and is organized by Goldenvoice, a subsidiary of AEG Presents. Wikipedia

**Dates:** Apr 12 – Apr 21, 2024

**Location(s):** Empire Polo Club; (Indio, California, U.S.)

**City:** Indio

**Attendance:** 250,000 (2017, two-weekend total)

**Capacity:** 125,000

**Coordinates:** 33°40′41″N 116°14′02″W / 33.678°N 116.234°W

**Founded by:** Paul Tollett and Rick Van Santen

coachella artists View 5+ more

Frank Ocean | Bad Bunny | BLACKPINK | Calvin Harris

Profiles

Instagram | X (Twitter) | Facebook | YouTube

People also search for View 10+ more

Stagecoach Festival | Tomorrowla | Lollapalooz Chicago | Bonnaroo Music and Arts…

Feedback



Exhibit 4
Page 72



Exhibit 4
Page 73

 X · coachella
1.1M+ followers

**Coachella**

Wherever you are, the desert isn't far. **Coachella** returns April 12-14 and April 19-21. Register now to access the 2024 Advance Sale beginning Friday, June 16 at ...

 Coachella
https://www.coachella.org

**Coachella, CA | Home** 

Click the 'Learn More' link below for State, County and City information that can assist residents and business with important information that can be of ...

Facebook · Coachella
2.5M+ followers

**Coachella** 

Catching all that light 🌞 Get to the desert easy with hotel packages, payment plans, camping, shuttles and more on **coachella**.com. Pāpā Maui and 625 others.

Pitchfork
https://pitchfork.com › topics › coachella

**Coachella 2024 - Pitchfork** 

The **Coachella** Valley Music and Arts Festival is the most important American music festival of the year. Taking place over two weekends (April 12-14 and ...

 Variety Magazine
https://variety.com › music › news › coachella-2024-li...

**Coachella 2024 Lineup Announced: Lana Del Rey, Tyler ...**

2 days ago — **Coachella** 2024's lineup headliners include Lana Del Rey, Tyler, the Creator, Doja Cat & No Doubt.

 Visit Greater Palm Springs
https://www.visitgreaterpalmsprings.com › coachella 

**Explore Coachella, CA | A Greater Palm Springs Visitor's ...**

**Coachella** Walls & Beyond. A renaissance is rising from the walls of **Coachella**, where the oldest form of artistic expression remains one of the city's best-kept ...

 Reddit · r/Coachella
157.6K+ followers

**Coachella Valley Music and Arts Festival** 

r/**Coachella**: A community for fans to discuss the **Coachella** Valley Music and Arts Festival. Please review our rules, and use the official threads…

 Wikipedia
https://en.wikipedia.org › wiki › Coachella_Valley

**Coachella Valley** 

ə-/ koh-CHEL-ə, koh-ə-) is an arid rift valley in the Colorado Desert of Southern California in Riverside County. The valley may also be referred to as Greater ...

 ABC News
https://abcnews.go.com › GMA › Culture › story

**What is Coachella? Everything to know about the music ...** 

What do people do at **Coachella**? After gates open at 11 a.m., shows will take place on multiple stages throughout the festival over the course of the day.

 USA Today
https://www.usatoday.com › story › music › 2024/01/16

**Coachella 2024 lineup: No Doubt, Lana Del Rey, Doja Cat ...**

2 days ago — The 23rd installment of the festival returns to the Empire Polo Grounds in Indio, California, on the weekends of April 12-14 and April 19-21.