# Exhibit 5

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,196,119
Registered Jan. 9, 2007

**SERVICE MARK**
**PRINCIPAL REGISTER**

# COACHELLA

COACHELLA MUSIC FESTIVAL, LLC (DELAWARE LTD LIAB CO)
5750 WILSHIRE BOULEVARD, SUITE 501
LOS ANGELES, CA 90036

FOR: ENTERTAINMENT, NAMELY, ORGANIZING AND PRODUCING MUSICAL EVENTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 78-699,377, FILED 8-24-2005.

SALLY SHIH, EXAMINING ATTORNEY

Exhibit 5
Page 75



# COACHELLA

| | |
|---|---|
| **Reg. No. 4,270,482** | COACHELLA MUSIC FESTIVAL, LLC (DELAWARE LIMITED LIABILITY COMPANY) |
| **Registered Jan. 8, 2013** | 5750 WILSHIRE BOULEVARD, SUITE 501<br>LOS ANGELES, CA 90036 |
| **Int. Cls.: 16, 21 and 25** | FOR: POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50). |
| | FIRST USE 10-0-1999; IN COMMERCE 10-0-1999. |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FOR: BOTTLES, SOLD EMPTY; PLASTIC WATER BOTTLES SOLD EMPTY, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50). |
| | FIRST USE 5-0-2009; IN COMMERCE 5-0-2009. |
| | FOR: HALTER TOPS; HOODED SWEAT SHIRTS; LONG-SLEEVED SHIRTS; SCARVES; SHIRTS; T-SHIRTS; TANK TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39). |
| | FIRST USE 10-0-1999; IN COMMERCE 10-0-1999. |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NO. 3,196,119. |
| | SEC. 2(F). |
| | SER. NO. 85-133,507, FILED 9-20-2010. |
| | H. M. FISHER, EXAMINING ATTORNEY |

Director of the United States Patent and Trademark Office

Exhibit 5
Page 76

# United States of America
### United States Patent and Trademark Office

# COACHELLA

**Reg. No. 5,235,905**  
**Registered Jul. 04, 2017**  
**Int. Cl.: 43**  
**Service Mark**  
**Principal Register**

Coachella Music Festival, LLC (DELAWARE LIMITED LIABILITY COMPANY)  
800 W. Olympic Blvd., Suite 305  
Los Angeles, CA 90015

CLASS 43: Hotel accommodation services; Providing campground facilities

FIRST USE 4-16-2010; IN COMMERCE 4-16-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 87-238,004, FILED 11-15-2016  
KATRINA JOYE GOODWIN, EXAMINING ATTORNEY



*Joseph Matal*  
Performing the Functions and Duties of the  
Under Secretary of Commerce for  
Intellectual Property and Director of the  
United States Patent and Trademark Office

Exhibit 5  
Page 77

# United States of America
### United States Patent and Trademark Office

# COACHELLA

**Reg. No. 5,557,242**  
**Registered Sep. 04, 2018**  
**Int. Cl.: 14**  
**Trademark**  
**Supplemental Register**

Coachella Music Festival, LLC (DELAWARE LIMITED LIABILITY COMPANY)  
425 W. 11th Street, Suite 400  
Los Angeles, CALIFORNIA 90015

CLASS 14: Jewelry; Jewelry charms

FIRST USE 4-10-2015; IN COMMERCE 4-10-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4270482, 3196119, 3196129

SER. NO. 87-413,919, FILED P.R. 04-17-2017; AM. S.R. 07-03-2018

*Director of the United States Patent and Trademark Office*

Exhibit 5
Page 78

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,196,129
Registered Jan. 9, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# COACHELLA

COACHELLA MUSIC FESTIVAL, LLC (DELAWARE LTD LIAB CO)
5750 WILSHIRE BOULEVARD, SUITE 501
LOS ANGELES, CA 90036

FOR: ENTERTAINMENT, NAMELY, ORGANIZING AND PRODUCING MUSICAL EVENTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

SEC. 2(F).

SER. NO. 78-700,875, FILED 8-25-2005.

SALLY SHIH, EXAMINING ATTORNEY

Exhibit 5
Page 79

# United States of America
## United States Patent and Trademark Office

# COACHELLA

| | |
|---|---|
| **Reg. No. 4,266,400** | COACHELLA MUSIC FESTIVAL, LLC (DELAWARE LIMITED LIABILITY COMPANY) |
| **Registered Jan. 1, 2013** | 5750 WILSHIRE BOULEVARD, SUITE 501<br>LOS ANGELES, CA 90036 |
| **Int. Cls.: 16 and 25** | FOR: POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50). |
| | FIRST USE 10-0-1999; IN COMMERCE 10-0-1999. |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FOR: HALTER TOPS; HOODED SWEAT SHIRTS; LONG-SLEEVED SHIRTS; SCARVES; SHIRTS; T-SHIRTS; TANK TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39). |
| | FIRST USE 10-0-1999; IN COMMERCE 10-0-1999. |
| | OWNER OF U.S. REG. NOS. 3,196,119 AND 3,196,129. |
| | THE MARK CONSISTS OF STYLIZED RENDITION OF "COACHELLA". |
| | SEC. 2(F). |
| | SER. NO. 85-133,569, FILED 9-20-2010. |
| | H. M. FISHER, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office

Exhibit 5
Page 80

# United States of America
## United States Patent and Trademark Office

# COACHELLA

**Reg. No. 5,235,903**
**Registered Jul. 04, 2017**
**Int. Cl.: 43**
**Service Mark**
**Principal Register**

Coachella Music Festival, LLC (DELAWARE LIMITED LIABILITY COMPANY)
800 W. Olympic Blvd., Suite 305
Los Angeles, CA 90015

CLASS 43: Hotel accommodation services; Providing campground facilities

FIRST USE 4-16-2010; IN COMMERCE 4-16-2010

The mark consists of a stylized rendition of "COACHELLA.".

SEC.2(F)

SER. NO. 87-237,975, FILED 11-15-2016
KATRINA JOYE GOODWIN, EXAMINING ATTORNEY



*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

Exhibit 5
Page 81

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

United States Patent and Trademark Office

Reg. No. 3,196,128
Registered Jan. 9, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

COACHELLA VALLEY MUSIC AND
ARTS FESTIVAL

COACHELLA MUSIC FESTIVAL, LLC (DELAWARE LTD LIAB CO)
5750 WILSHIRE BOULEVARD, SUITE 501
LOS ANGELES, CA 90036

FOR: ENTERTAINMENT, NAMELY, ORGANIZING AND PRODUCING MUSICAL EVENTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE MUSIC AND ARTS FESTIVAL, APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 78-700,858, FILED 8-25-2005.

SALLY SHIH, EXAMINING ATTORNEY

Exhibit 5
Page 82



COACHELLA VALLEY MUSIC &
ARTS FESTIVAL

**Reg. No. 3,965,563**  COACHELLA MUSIC FESTIVAL, LLC (DELAWARE LIMITED LIABILITY COMPANY)
5750 WILSHIRE BOULEVARD, SUITE 501
**Registered May 24, 2011**  LOS ANGELES, CA 90036

**Int. Cl.: 18**  FOR: MESSENGER BAGS; TOTE BAGS; TRAVEL BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

**TRADEMARK**  FIRST USE 5-0-2003; IN COMMERCE 5-0-2003.

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,196,119 AND 3,196,128.

SEC. 2(F).

SER. NO. 85-133,707, FILED 9-20-2010.

H. M. FISHER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Exhibit 5
Page 83



# United States of America
## United States Patent and Trademark Office

# COACHELLA VALLEY MUSIC AND ARTS FESTIVAL

**Reg. No. 4,008,651**  
**Registered Aug. 9, 2011**  
**Int. Cls.: 16 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

COACHELLA MUSIC FESTIVAL, LLC (DELAWARE LIMITED LIABILITY COMPANY)  
5750 WILSHIRE BOULEVARD, SUITE 501  
LOS ANGELES, CA 90036

FOR: POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

FOR: HALTER TOPS; HOODED SWEAT SHIRTS; LONG-SLEEVED SHIRTS; SCARVES; SHIRTS; T-SHIRTS; TANK TOPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,196,119 AND 3,196,128.

SEC. 2(F).

SER. NO. 85-133,617, FILED 9-20-2010.

H. M. FISHER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Exhibit 5  
Page 84