# Exhibit 6

 

# FESTIVAL TICKET TERMS

EFFECTIVE 11.1.23

Please read these Festival Ticket Terms ("Terms" or "Agreement") carefully, as they affect your future legal rights. These Terms apply to the event or festival described on this website (the "Event").

All Event tickets, wristbands, passes, permissions, authorizations and entry methods (whether physical or digital and whether for a patron or their vehicle) (collectively, "Tickets") are subject to these Terms. By accepting possession or by using any Ticket or by entering the Event, User agrees to all Terms and is legally bound to comply with these Terms. The original Authorized Purchaser and any Authorized Recipient (defined below) agrees to inform all of their respective guests of these Terms with due diligence. The Event producer reserves the right, at its discretion, to change, modify, add, or remove portions of these Terms at any time. Please check back periodically for changes.

User understands that the Event shall be presented in accordance with applicable venue policies, public health, safety and security policies, including local public health and safety policies and CDC guidelines, as of the date of such Event and which may change at any time as determined by federal, state or local government agencies or instrumentalities, the venue operator, artists and/or the Event producer/promoter; such requirements may include, without limitation, changes to capacity, attendance procedures and entry requirements, and other protective measures. If User does not comply with any laws, mandates, health orders or directives, promoter or Event and venue terms, conditions or rules, then the Event producer/promoter or venue operator may refuse admission or require User to leave the Event and User will not be entitled to a refund. Please visit the Event website for the most up-to-date Event policies, protocols and procedures.

Tickets evidence a revocable license to enter the Event property. Violation of these Terms of use may result in revocation of the license without prior notice.

## UNAUTHORIZED TRANSFERS PROHIBITED

All publicly sold Tickets are for use by the original authorized purchaser and their invited guest(s) only (each an "Authorized Purchaser"), and are not transferable by the Authorized Purchaser, any of their invited guests, or any other person. Likewise, all Tickets provided to performing artists, production personnel, vendors, sponsors, and other guests of the Event producer (each an "Authorized Recipient"), are for use by the Authorized Recipient and his or her invited guest(s) only, and are not transferable by the Authorized Recipient, his or her invited guest(s), or any other person. Authorized Purchasers and Authorized Recipients are referred to individually as a "User." Tickets obtained from unauthorized sources may be counterfeit and are worthless.

Except as provided herein, Tickets may not be sold, transferred, or used for any form of commercial or trade purposes, including but not limited to promotions, contests, commercial or advertising purposes, housing, hotels, vacation rentals, sweepstakes, charitable giveaways, or other activities absent the Event producer's prior written consent. No sponsorship, on site marketing, sampling, vending, coupon/product distribution, or other promotional activity may be conducted at the Event (inclusive of parking lots), absent the Event producer's prior written approval in each instance. Any Tickets used in violation of this provision shall be deemed revoked and void, and their bearers deemed trespassers at the Event.

Resale or attempted resale of Tickets is grounds for termination of the license and cancellation of the Ticket.

## AUTHORIZATION OF USER'S IMAGE AND LIKENESS

User grants the Event producer (and its designees) the right to include User's image, likeness, actions, and statements in any live or recorded audio, video, film, webcast, stream, or other transmission, exhibition, simulcast, or reproduction made of, or at, the Event in any medium or context for any purpose, including commercial or promotional purposes, without further authorization or otherwise.

Exhibit 6
Page 85




Intellectual Property") and generally does not permit the use of the Event Intellectual Property by third parties. User agrees not to make use of the Event Intellectual Property except for nominative fair use or with prior written permission from the Event producer.

NO LIVE AUDIO, VIDEO STREAMING OR BROADCASTS

The Event producer retains all webcast/Internet rights to the Event. Any live streams or broadcasts, whether for Internet or otherwise, from the Event must be specifically agreed to in advance with the Event producer. No one may transmit, broadcast, or communicate any live audio or audiovisual images from the Event site without the Event producer's prior written permission. As an example, this prohibition includes, but is not limited to, use of any service which broadcasts to the Internet. Even if User is a performer or sponsor, the broadcasting, displaying, or communicating of any live audio or audiovisual images (whether for personal, commercial, or other use) is expressly prohibited without the prior written permission of the Event producer.

AUDIO AND/OR VIDEO RECORDINGS AND RELATED EQUIPMENT

Without the express prior written permission of the Event producer, User may not bring any audio or video recording devices (except for personal cell phones) into the Event.

PHOTOGRAPHY AND VIDEO / EQUIPMENT

User may bring personal, non-commercial, photography devices into the Event and may use these devices to obtain short-form video and still photographs (collectively "Personal Content"). By way of example, personal, non-commercial, photography and video devices include, but are not limited to, cell phones, small digital or film cameras (without a detachable lens).

Without the express prior written permission of the Event producer, User may not bring any of the following devices into the Event: Any photography device which is designed for, or suitable for, any commercial purpose, selfie sticks, tripods, monopods, boom arms, any device which could be used to mount or hold a photography device or could be used to extend User's reach. Event producer reserves the right, in its sole discretion, to prohibit any device it believes may be used in violation of these Terms, which it believes poses a safety risk, or which it believes may lessen the enjoyment of the Event by others.

USER MAY NOT MAKE ANY COMMERCIAL USE OF ANY PERSONAL CONTENT WITHOUT THE PRIOR WRITTEN PERMISSION OF THE EVENT PRODUCER. By way of example, commercial use may include, but is not limited to, posting Personal Content on a website that sells a product, or displays any ads or sponsored links; using or causing Personal Content to appear in any publication, magazine, serial, or book; using Personal Content to sell, sponsor, or endorse a product; or using Personal Content on any website that is or appears to be affiliated or associated with, or sponsored by the Event or the Event producer. Event producer reserves the right to prohibit any use of Personal Content which it believes is in violation of the Terms. Event producer in its sole discretion may determine what constitutes a commercial use not permitted by the Terms.

User may use Personal Content for User's own direct, noncommercial, use. Examples of direct, noncommercial use include, but are not limited to, posting Personal Content on User's own personal social media account (e.g., TikTok, Facebook, Instagram, or Twitter); posting Personal Content to personal website or personal content sharing site (unless the account, personal website or personal content sharing site is affiliated or associated with a commercial use); and sharing Personal Content with User's personal friends or family (whether in electronic or physical media). Direct, noncommercial, use never involves posting of Personal Content on any website or server, or in any other media whether electronic or physical, which sells any product or service, or features or contains any advertisements or sponsored links, or which purports or appears in any way, to be an official or affiliated website of the Event or the Event producer. Without the express prior written permission of the Event producer, User may not sell, transfer, license, sublicense, give or otherwise transfer any Personal Content or ownership therein.

Without the express prior written permission of the Event producer, Personal Content that contains any nudity or partial nudity or footage of Event Artist performances may not be used for any purpose.

ASSIGNMENT OF COPYRIGHTS




attorney-in-fact to execute any such documents for User. User further acknowledges, agrees to, and consents to Event producer registering the copyright with one or more copyright authorities, including but not limited to the United States Copyright Office, and listing the User's contribution as anonymous.

Event producer, as the copyright owner, has the right, but not the obligation, and at its sole discretion, to enforce its copyright rights in any Personal Content or audio or video recordings taken at the event not permitted by the Terms.

Event producer assigns to User the non-exclusive right to use User's Personal Content for User's own direct, noncommercial, use as permitted in the Terms. All other rights not assigned by Event producer to User are retained by Event producer. Any violation of the Terms shall be grounds for Event producer to cancel the assignment to User.

### ARTISTS AND SET TIMES SUBJECT TO CHANGE

Event Artists and set times are subject to change without notice.

### MEDICAL CONSENT

User consents to have medical treatment that may be deemed advisable in the event of an injury, accident, or illness during the Event and affirmatively releases the Event producer and all persons participating in such medical treatment from all responsibility for any such actions.

### CONSENT TO SEARCH/REFUSAL/EJECTION

User, User's vehicle, and User's belongings may be searched upon entry into the Event, and User consents to such searches and waives any related claims that might arise against the Event producer and its agent. If User elects not to consent to such searches, User may be denied entry into the Event.

### ADDITIONAL PROHIBITED ITEMS

In addition to those items prohibited elsewhere in these Terms or on the Event website, without the express prior written permission of the Event producer, User may not bring any of the following items into the Event (or cause any of items to enter the Event): glass bottles, aluminum bottles, knives, explosives, sling shots, weapons of any other kind, Frisbees, flags, skateboards, roller skates, hover boards, laser pointers, drones of any kind, remote controlled devices or remote controlled toys, large backpacks, and other items as designated by Event producer. Event producer reserves the right to refuse admission to or eject any person, at Event producer's sole discretion, whose conduct is disorderly, disruptive, or who fails to follow the Event's rules or directions, or whose language is vulgar or abusive.

### ASSUMPTION OF RISK, WAIVER & LIMITATION OF LIABILITY

Assumption of Risk. User understands and agrees that there are certain risks of personal or property injury, illness and/or death associated with attending the Event, including, without limitation, risks related to the novel coronavirus SARS-CoV-2 and any resulting disease (together with any mutation, adaptation or variation thereof, "COVID-19"). User understands and agrees (a) that the risk of exposure to COVID-19 and/or any other virus cannot be fully eliminated and is increased by proximity to other people, (b) that an inherent and elevated risk of exposure to COVID-19 and/or any other virus exists in any public place or place where people are gathered, (c) that attending the Event may involve coming into close contact with other people, (d) that there is no guarantee, express or implied, that User will not be exposed to COVID-19 and/or any other virus and (e) that exposure to COVID-19 and/or any other virus can result in being subject to quarantine requirements, illness, disability, and other short-term and long-term health effects, including death.

Despite these risks, User voluntarily assumes ALL known and potential risk and danger of injury and/or death from any cause, resulting from, in connection with, or incidental to the Event, including exposure to COVID-19 and/or any other virus. By accepting possession or by using any Ticket, User expressly assumes all risks and dangers arising from or incidental to the Event,




Waiver. User forever releases, waives, discharges and agrees not to sue the following: the Event owner(s); Event producer(s); Event promoter(s); Event performers, artists and their managers, agents, furnishing companies and representatives; the Event ticketing agency and/or ticketing services provider; Anschutz Entertainment Group, Inc.; AEG Presents LLC; Goldenvoice, LLC and their respective parents, subsidiaries, affiliates, partners, owners, members, managers, officers, directors, past and present employees, volunteers, agents, representatives, successors, trustees, successors and assigns (collectively, the "Releasees") from any known or unknown claims, losses, damages, liability, demands, actions, injury or death, including those relating to COVID-19 or any other illness or injury that User may sustain while at the Event, regardless of whether caused by the negligence or other fault of the Releasees or any third party (collectively, "Claims" or, as used individually, a "Claim").

For California residents: I understand that this Waiver applies to Claims which I may not know or suspect to exist and I knowingly and voluntarily waive such rights, including those under California Civil Code Section 1542, which provides: "A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release, and that if known by him or her would have materially affected his or her settlement with the debtor or released party."

User further agrees to indemnify, defend, and hold harmless Releasees from any and all claims, demands, liabilities and/or damages arising from all Claims and User's conduct, acts or omissions during the Event. In no event shall Releasees be liable for consequential or indirect damages.

Limitation of Liability. To the fullest extent permitted by applicable laws, none of the Releasees are or will be responsible or liable to User or to any third party for, and User expressly waives all rights to seek any indirect, incidental, consequential, special, exemplary, punitive or other damages under any theory of liability, arising out of or relating in any way to the Terms, the Ticket and/or the Event (even if we have been advised of the possibility of such loss or damages, or such loss or damages were reasonably foreseeable).

INDIVIDUAL ARBITRATION AGREEMENT AND CLASS ACTION WAIVER ("ARBITRATION AGREEMENT")

Unless prohibited by federal law, User and Releasees (the "Parties" or, individually, a "Party") agree to arbitrate any and all Claims, except for Claims concerning the validity, scope or enforceability of this Arbitration Agreement, through BINDING INDIVIDUAL ARBITRATION. This Arbitration Agreement involves interstate commerce and shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA"), and not by state law.

In any claim or dispute to be resolved by arbitration, neither Party will be able to have a court or jury trial or participate in a class action or class arbitration. Other rights that the Parties would have if the Parties went to court will not be available or will be more limited in arbitration, including the right to appeal. Each Party understands and agrees that by requiring each other to resolve all disputes through individual arbitration, WE ARE EACH WAIVING THE RIGHT TO A COURT OR JURY TRIAL. ALL DISPUTES SHALL BE ARBITRATED ON AN INDIVIDUAL BASIS, AND NOT AS A CLASS ACTION, REPRESENTATIVE ACTION, CLASS ARBITRATION OR ANY SIMILAR PROCEEDING. The arbitrator(s) may not consolidate the claims of multiple parties.

Arbitrations shall be administered by the American Arbitration Association ("AAA") pursuant to the applicable AAA rules in effect at the time the arbitration is initiated. User may obtain information about arbitration, arbitration procedures and fees from AAA by calling 800-778-7879 or visiting www.adr.org. If AAA is unable or unwilling to arbitrate a dispute, then the dispute may be referred to any other arbitration organization or arbitrator the Parties both agree upon in writing or that is appointed pursuant to Section 5 of the FAA. The arbitration shall take place in the federal judicial district where the Event took place, or in another location on which the Parties agree. The arbitrator shall be authorized to award any relief that would have been available in court, provided that the arbitrator's authority is limited to the Parties alone, except as otherwise specifically stated herein. No arbitration decision will have any preclusive effect as to non-parties. The arbitrator's decision shall be final and binding. The Parties agree that this Arbitration Agreement extends to any other parties involved in any Claims, including but not limited to anyone for whom User purchases Tickets and Releasees' employees, affiliated companies and vendors. This Arbitration Agreement shall take precedence over the rules of the arbitration organization or arbitrator in the event of any conflict.

The Parties each may exercise any lawful rights to seek provisional remedies or self-help, without waiving the right to arbitrate by doing so. Notwithstanding any other provision of this Agreement, if the foregoing class action waiver and prohibition against class




final after all appeals have been exhausted), the claim for public injunctive relief will be determined in court and any individual claims will be arbitrated. In such a case, the court shall stay the claim for public injunctive relief until the arbitration pertaining to individual relief has been entered in court. In no event will a claim for public injunctive relief be arbitrated. If any portion of this Arbitration Agreement other than the class action waiver and prohibition against class arbitration is deemed invalid or unenforceable, it shall not invalidate the remaining portions of this Arbitration Agreement. This Arbitration Agreement will survive the termination of this Agreement, your fulfillment or default of your obligations under this Agreement, and/or the Parties' bankruptcy or insolvency (to the extent permitted by applicable law).

USER HAS THE RIGHT TO REJECT THIS ARBITRATION AGREEMENT, BUT USER MUST EXERCISE THIS RIGHT PROMPTLY. If User does not wish to be bound by this agreement to arbitrate, User must notify us in writing within sixty (60) days after the date User signs this Agreement. User must send his or her request to notices@aegpresents.com. The request must include User's full name, address, invoice number, and the statement "I reject the Arbitration Agreement contained in the Festival Ticket Terms." If User exercises his/her right to reject arbitration, the other terms of this Agreement shall remain in full force and effect as if User had not rejected arbitration.

**IRREPARABLE INJURY AND CONSENT TO INJUNCTIVE RELIEF**

Any breach of these Terms by the User will cause irreparable injury to Event producer and User consents to injunctive relief to prevent or mitigate any irreparable injury.

**GOVERNING LAW**

Except as otherwise stated in the Arbitration Agreement above, any Claim arising from or relating to these Terms, the Event, or our dealings with one another, whether based in contract, tort, fraud or otherwise and regardless of the place of User's residence, is governed by, and construed in accordance with, federal and California law, without regard to conflict of laws principles. If any provision of these Terms shall be unlawful, void, or for any reason unenforceable, then that provision shall be deemed severable from these Terms and shall not affect the validity and enforceability of any remaining provisions.

**OTHER RIGHTS / RESTRICTIONS**

No sponsorship, on site marketing, sampling, vending, coupon/product distribution, or other promotional/advertising activity may be conducted at the Event (inclusive of parking lots), absent the Event producer's prior written approval in each instance.

The Event producer reserves all rights not expressly granted to User. The terms and restrictions noted on the website of the Event producer's designated ticketing company, and its Privacy Policy and Terms of Use, available on the Event website, are also included herein by reference. In the event of any conflict, the terms on this page shall prevail.



© 2023 AEG PRESENTS

Your Privacy Choices   |   Privacy Policy   |   Terms & Conditions   |   Accessibility   |   COVID-19   |   Manage Cookies