# Exhibit 9



Google "safety shot" and "drink" and "coachella"

Sign in

All Images Shopping Videos News More Tools SafeSearch

About 3,080 results (0.33 seconds)

Yahoo Finance
https://finance.yahoo.com › news › safety-shot-garner...

Safety Shot to Garner Global Exposure with its Brand ...

Jan 3, 2024 — The **Safety Shot** House **Coachella** experience will feature exciting ... **Safety Shot** is no ordinary **drink**; it's the revolution in recovery that ...

StreetInsider
https://www.streetinsider.com › Corporate+News › Saf...

Safety Shot (SHOT) to Garner Global Exposure with its ...

Jan 3, 2024 — The **Safety Shot** House **Coachella** experience will feature exciting ... **Safety Shot** is no ordinary **drink**; it's the revolution in recovery that ...

BNN Breaking
https://bnnbreaking.com › Business › United States

Safety Shot to Make Global Debut at Coachella Festival 2024

Jan 3, 2024 — **Safety Shot**, a wellness **drink** known to reduce blood alcohol content and boost clarity, is set to make its global debut at **Coachella** Valley ...

Yahoo Finance UK
https://uk.finance.yahoo.com › quote › press-releases

Safety Shot, Inc. (SHOT) latest press releases & corporate ...

**Safety Shot** to Garner Global Exposure with its Brand Activation Event at **Coachella** ... Luke Bryan **Safety Shot drink** samples to be given to concert-goersSafety ...

buckcountrygrain.com
https://www.buckcountrygrain.com › markets › stocks

SHOT) Announces Brand Activation Event at April Coachella ...

Jan 3, 2024 — "Through exposure at **Coachella** and social media around the **Safety Shot** ... **Safety Shot** is no ordinary **drink**; it's the revolution in recovery ...

마이셀프스탁
https://www.myselfstock.com › CompanyNews

마이셀프스탁

**Safety Shot** to Garner Global Exposure with its Brand Activation Event at **Coachella** ... **drink** that helps people feel better faster by reducing blood alcohol ...

Wallstreet Online
https://www.wallstreet-online.de › 1... · Translate this page

Safety Shot to Garner Global Exposure with its Brand ...

Jan 3, 2024 — ... **drink** that helps people feel better faster by reducing blood alcohol ... The **Safety Shot** House **Coachella** experience will feature exciting ...

## Images

1/17/24, 10:24 AM								"safety shot" and "drink" and "coachella" - Google Search


Safety Shot to Garner Global ...
Yahoo Finance


Wellness Drink Safety Shot's ...
BNN Breaking


Safety Shot to Garner Global ...
Yahoo Finance

Feedback

3 more images

TheFly.com
https://m.thefly.com › search › SHOT

### Safety Shot

FSD Pharma provides update on litigation with GBB **Drink** Lab. HUGE , SHOT. 1/16/2024 - 07:38am. **Safety Shot** announces brand activation event at **Coachella**. SHOT.

Reddit · r/safetyshot
350+ followers

### r/safetyshot

The **Safety Shot** House **Coachella** experience will feature exciting curated ... **Safety Shot** is no ordinary **drink**; it's the revolution in recovery that will ...

Related searches

🔍 Safety shot and drink and coachella valley

More results

https://www.google.com/search?q="safety+shot"+and+"drink"+and+"coachella"								2/2

Exhibit 9
Page 104