| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Steven E. Lauridsen - SBN 246364<br>steven.lauridsen@tuckerellis.com<br>TUCKER ELLIS LLP<br>515 South Flower Street<br>Forty-Second Floor<br>Los Angeles, CA 90071-2223<br>Telephone: 213-430-3400<br>Facsimile: 213-430-3409<br>ATTORNEY(S) FOR: Plaintiff | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COACHELLA MUSIC FESTIVAL, LLC,<br><br>Plaintiff(s),<br>v.<br>SAFETY SHOT, INC.,<br><br>Defendant(s) | CASE NUMBER:<br>2:24-cv-537<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff Coachella Music Festival, LLC  or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Coachella Music Festival, LLC | Plaintiff |
| Goldenvoice, LLC | Parent of Coachella Music Festival, LLC (50%) |
| CVM&AF, Inc. | Parent of Coachella Music Festival, LLC (50%) |
| AEG Presents LLC | Parent of Goldenvoice, LLC |
| Anschutz Entertainment Group, Inc. | Parent of AEG Presents LLC |
| The Anschutz Corporation | Parent of Anschutz Entertainment Group, Inc. |
| Safety Shot, Inc. | Defendant |

| | |
|---|---|
| January 19, 2024<br>Date | /s/Steven E. Lauridsen<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Coachella Music Festival, LLC