TUCKER ELLIS LLP
Steven E. Lauridsen – SBN 246364
steven.lauridsen@tuckerellis.com
David J. Steele – SBN 209797
david.steele@tuckerellis.com
Howard A. Kroll – SBN 100981
howard.kroll@tuckerellis.com
Dina Roumiantseva – SBN 300576
dina.roumiantseva@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Plaintiff
Coachella Music Festival, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| COACHELLA MUSIC FESTIVAL, LLC, | Case No.: 2:24-cv-537 |
|---|---|
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| SAFETY SHOT, INC., | |
| Defendant. | |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Coachella Music Festival, LLC states that Goldenvoice, LLC, CVM&AF, Inc., AEG Presents LLC, Anschutz Entertainment Group, Inc., and The Anschutz Corporation are Plaintiff's direct or indirect parent companies.

No publicly held corporation owns 10% or more of any entity's stock.

DATED: January 19, 2024   Tucker Ellis LLP

By:   /s/ Steven E. Lauridsen
Steven E. Lauridsen

*Attorneys for Plaintiff*
*Coachella Music Festival, LLC*