AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the Central District of California__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:24-cv-537 | DATE FILED<br>1/19/2024 | U.S. DISTRICT COURT<br>for the Central District of California | |
|---|---|---|---|
| PLAINTIFF<br>COACHELLA MUSIC FESTIVAL, LLC | | DEFENDANT<br>SAFETY SHOT, INC. | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  see attached | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy

## ATTACHMENT TO FORM AO-120

| Trademark No. | Date | Owner |
|---|---|---|
| 3,196,119 | 01/09/2007 | Coachella Music Festival, LLC |
| 4,270,482 | 01/08/2013 | Coachella Music Festival, LLC |
| 3,196,129 | 01/09/2007 | Coachella Music Festival, LLC |
| 4,266,400 | 01/01/2013 | Coachella Music Festival, LLC |
| 3,196,128 | 01/09/2007 | Coachella Music Festival, LLC |
| 3,965,563 | 05/24/2011 | Coachella Music Festival, LLC |
| 4,008,651 | 05/24/2011 | Coachella Music Festival, LLC |
| 5,235,903 | 07/04/2017 | Coachella Music Festival, LLC |
| 5,235,905 | 07/04/2017 | Coachella Music Festival, LLC |