**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>TUCKER ELLIS LLP<br>Steven E. Lauridsen - SBN 246364<br>515 South Flower Street, 42nd Floor<br>Los Angeles, CA 90071<br>TELEPHONE NO.: 213.430.3400   FAX NO. *(Optional)*: 213.430.3409<br>E-MAIL ADDRESS *(Optional)*: steven.lauridsen@tuckerellis.com<br>ATTORNEY FOR *(Name)*: Plaintiff Coachella Music Festival, LLC | *FOR COURT USE ONLY* |
|---|---|
| **United States District Court for the Central District of California**<br>STREET ADDRESS: 350 West 1st Street, 6th Floor, Courtroom 6D<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Western Division | |
| PLAINTIFF/PETITIONER: COACHELLA MUSIC FESTIVAL, LLC<br>DEFENDANT/RESPONDENT: SAFETY SHOT, INC. | CASE NUMBER:<br>2:24-cv-00537-FMO (AJRx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents)*: see Attachment A.
3. a. Party served *(specify name of party as shown on documents served)*:
      Safety Shot, Inc.
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Scott Barlow, Esq., attorney for Defendant
4. Address where the party was served:
   via email at scott@barlowlegal.net
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*:       (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:      at *(time)*:      I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:       from *(city)*:       or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**   Code of Civil Procedure, § 417.10

POS-010

| | |
|---|---|
| PLAINTIFF/PETITIONER: COACHELLA MUSIC FESTIVAL, LLC<br>DEFENDANT/RESPONDENT: SAFETY SHOT, INC. | CASE NUMBER:<br>2:24-cv-00537-FMO (AJRx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*     (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☒ **by other means** *(specify means of service and authorizing code section):*
   Via email upon Defendant's attorney per written agreement of the parties on February 5, 2024 at 1:07 p.m. PST
   Fed. R. Civ. P. 4(h)(1)(B)

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
   a. Name: Steven E. Lauridsen
   b. Address: 515 S. Flower St., 42nd Floor, Los Angeles, CA 90071
   c. Telephone number: 213.430.3400
   d. **The fee** for service was: $ 0.00
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☒ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
           (i) ☐ owner  ☐ employee  ☐ independent contractor.
           (ii) Registration No.:
           (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   **or**
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: February 5, 2024

Steven E. Lauridsen                                                    *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                  (SIGNATURE)

# ATTACHMENT A

## Additional Documents Served

1. Civil Cover Sheet

2. Certification and Notice of Interest Parties (Local Rule 7.1-1)

3. Corporate Disclosure Statement

4. Report on the Filing or Determination of an Action Regarding a Patent or Trademark

5. Notice of Assignment to United States Judges

6. Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

7. Text Only Entry by Chambers of Judge Fernando M. Olguin (ECF No. 10)

8. Initial Standing Order - FMO